THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN T. LANNEN, Appellant.

*People* v. *Lannen*, 89 App. Div. 616, affirmed.
(Argued June 8, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 17, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*William B. Reading* for appellant.

*Julius M. Mayer, Attorney-General* (*Thomas C. Burke* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

ROCHESTER TRUST AND SAFE DEPOSIT COMPANY, as Administrator of the Estate of JAMES H. DOTY, Deceased, Respondent, *v.* GEORGE TRUESDALE, Appellant.

*Rochester Trust & S. D. Co.* v. *Truesdale*, 94 App. Div. 612, affirmed.
(Argued June 8, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 12, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*George Truesdale*, appellant, in person.

*Egerton R. Williams, Jr.,* and *Wm. N. Cogswell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.